No. 71–411. COURT v. WISCONSIN. Sup. Ct. Wis. Reported below: 51 Wis. 2d 683, 188 N. W. 2d 475;

No. 71–701. REITANO v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Orange;

No. 71–739. VILLAGE BOOKS, INC., ET AL. v. MARSHALL, STATE'S ATTORNEY FOR PRINCE GEORGES COUNTY. Ct. App. Md. Reported below: 263 Md. 76, 282 A. 2d 126;

No. 71–773. ADULT BOOK STORE ET AL. v. SENSENBRENNER, MAYOR OF COLUMBUS. Sup. Ct. Ohio. Reported below: See 26 Ohio App. 2d 183, 271 N. E. 2d 13;

No. 71–844. MARKS ET AL. v. CITY OF NEWPORT. Ct. App. Ky.;

No. 71–984. WASSERMAN v. MUNICIPAL COURT OF ALHAMBRA JUDICIAL DISTRICT. C. A. 9th Cir. Reported below: 449 F. 2d 787;

No. 71–1201. STROUD v. INDIANA. Sup. Ct. Ind. Reported below: 257 Ind. 204, 273 N. E. 2d 842;

No. 71–1347. MOHNEY v. INDIANA. Sup. Ct. Ind. Reported below: 257 Ind. 394, 276 N. E. 2d 517;

No. 71–1368. BROWN v. UNITED STATES. C. A. 4th Cir.;

No. 71–1458. MITCHUM v. TENNESSEE. Ct. Crim. App. Tenn.;

No. 71–1464. JOHNSON ET AL. v. KENTUCKY. Ct. App. Ky. Reported below: 475 S. W. 2d 893;

No. 71–1587. TOBALINA v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles;

No. 71–1641. ADLER ET AL. v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Sacramento. Reported below: 25 Cal. App. 3d Supp. 24, 101 Cal. Rptr. 726;

No. 71–1674. GETMAN ET AL. v. MINNESOTA. Sup. Ct. Minn. Reported below: 293 Minn. 11, 195 N. W. 2d 827;

No. 71–1702. P. A. J. THEATRES CORP. v. NEW YORK. App. Term, Sup. Ct. N. Y., 1st Jud. Dept.;

No. 72–124. RIDENS ET AL. v. ILLINOIS ET AL. Sup. Ct. Ill. Reported below: 51 Ill. 2d 410, 282 N. E. 2d 691;

No. 72–172. KNOXVILLE BOOKMART, INC., ET AL. v. TENNESSEE EX REL. WEBSTER, DISTRICT ATTORNEY GENERAL. Sup. Ct. Tenn.;

No. 72–357. PRICE v. VIRGINIA. Sup. Ct. Va. Reported below: 213 Va. 113, 189 S. E. 2d 324;

No. 72–538. ALBINI ET AL. v. OHIO ET AL. Sup. Ct. Ohio. Reported below: 31 Ohio St. 2d 27, 285 N. E. 2d 327;

No. 72–539. MACKEN ET AL. v. OHIO ET AL. Ct. App. Ohio, Summit County;

No. 72–558. ELSTER v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of San Francisco;

No. 72–569. GOLDSTEIN v. VIRGINIA. Sup. Ct. Va.;

No. 72–591. KEITH v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles;

No. 72–859. YANNUCCI v. NEW YORK. App. Term, Sup. Ct. N. Y., 2d & 11th Jud. Dists.;

No. 72–872.  G. I. DISTRIBUTORS, INC., ET AL. v. MURPHY, POLICE COMMISSIONER OF CITY OF NEW YORK, ET AL. C. A. 2d Cir.  Reported below: 469 F. 2d 752;

No. 72–918.  LITTLE v. CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Orange;

No. 72–961.  DE SANTIS v. NEW JERSEY.  Super. Ct. N. J.;

No. 72–994.  WINSLOW v. VIRGINIA.  Sup. Ct. Va.;

No. 72–1062.  TOUTANT v. CALIFORNIA.  App. Dept., Super. Ct. Cal., County of San Bernardino;

No. 72–1071.  KUHNS ET AL. v. CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Santa Cruz;

No. 72–1072.  CASTNER ET AL. v. CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Santa Cruz;

No. 72–1221.  GULF STATES THEATRES OF LOUISIANA, INC., ET AL. v. LOUISIANA ET AL.  Sup. Ct. La.  Reported below: 270 So. 2d 547; and

No. 72–1330.  BRYANT ET AL. v. NORTH CAROLINA. Ct. App. N. C.  Reported below: 16 N. C. App. 456, 192 S. E. 2d 693.